IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD A. JONES, | Civil Action No.  11-800 |
| Plaintiff, | |
| | Chief United States District Judge |
| v. | Gary L. Lancaster |
| | |
| KEYSTONE OAKS SCHOOL DISTRICT, | JURY TRIAL DEMANDED |
| Defendant. | |

## STIPULATION OF DISMISSAL

The parties to the above-captioned civil action, by their undersigned counsel and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of this civil action.

December 16, 2011                                                          Respectfully submitted,

/s/ Janice M. Pintar                                                            /s/ Carl P. Beard
Janice M. Pintar, Esquire                                                Carl P. Beard, Esquire
PA # 207322                                                                    PA # 33479
jpintar@stemberfeinstein.com                                      cbeard@andrewsbeard.com
Jonathan K. Cohn, Esquire                                           Elizabeth A. Benjamin, Esquire
PA # 92755                                                                     PA # 206994
jcohn@stemberfeinstein.com                                       ebenjamin@andrewsbeard.com
**Stember Feinstein Doyle & Payne, LLC**                **Andrews & Beard**
17th Floor Allegheny Building                                    3366 Lynnwood Drive
429 Forbes Avenue                                                       Altoona, PA 16603
Pittsburgh, PA 15219                                                   Telephone: (814) 943-3304
Telephone: (412) 281-8400                                          Fax: (814) 943-3430
Fax: (412) 281-1007

*Attorneys for Defendant Keystone Oaks School District*

*Attorneys for Plaintiff Richard A. Jones*

SO ORDERED this 19th day of December, 2011.

_____,C.J.
Hon. Gary L. Lancaster, Chief U.S. District Judge