# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD A. JONES, <br><br> Plaintiff, <br><br> v. <br><br> KEYSTONE OAKS SCHOOL DISTRICT, <br><br> Defendant. | Civil Action No. 11-800 <br><br> Chief United States District Judge <br> Gary L. Lancaster <br><br> JURY TRIAL DEMANDED |

## STIPULATION OF DISMISSAL

The parties to the above-captioned civil action, by their undersigned counsel and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of this civil action.

December 16, 2011                                               Respectfully submitted,

/s/ Janice M. Pintar                                           /s/ Carl P. Beard
Janice M. Pintar, Esquire                                Carl P. Beard, Esquire
PA # 207322                                                   PA # 33479
jpintar@stemberfeinstein.com                       cbeard@andrewsbeard.com
Jonathan K. Cohn, Esquire                            Elizabeth A. Benjamin, Esquire
PA # 92755                                                      PA # 206994
jcohn@stemberfeinstein.com                         ebenjamin@andrewsbeard.com
**Stember Feinstein Doyle & Payne, LLC**    **Andrews & Beard**
17th Floor Allegheny Building                        3366 Lynnwood Drive
429 Forbes Avenue                                        Altoona, PA 16603
Pittsburgh, PA 15219                                     Telephone: (814) 943-3304
Telephone: (412) 281-8400                            Fax: (814) 943-3430
Fax: (412) 281-1007

*Attorneys for Defendant Keystone Oaks School District*

*Attorneys for Plaintiff Richard A. Jones*

SO ORDERED this 19th day of December, 2011.

_____, C.J.
Hon. Gary L. Lancaster, Chief U.S. District Judge